```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

13 CR 339 (RPP)

-against-

**AMENDED
SCHEDULING ORDER**

DAVID RILEY and MATTHEW TEEPLE,

Defendants.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

Amending the Order dated May 1, 2014, the Court will hold Oral Argument on all outstanding Motions In Limine on Thursday, May 15, 2014 at 2 p.m. Trial date is scheduled for Tuesday, May 27, 2014 at 9:30 a.m.

IT IS SO ORDERED.

Dated: New York, New York
May 6, 2014

_____
Robert P. Patterson, Jr.
U.S.D.J.