# DOAR RIECK KALEY & MACK
## ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN KAUFMAN
JAMES I. WASSERMAN
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

NO ENDORSE[MENT]

May 22, 2014

**By ECF Filing**
Hon. Robert P. Patterson, Jr.
United States District Judge
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/14

Re: United States v. David Riley
    Docket No.: 2013 Cr. 339 (RPP)

Dear Judge Patterson:

   I am writing on behalf of defendant David Riley to request the Court's permission for Mr. Riley to attend the oral argument on Thursday, May 28, 2014 by telephone. He will be able to be reached at that time at 408-680-3572.

   Thank you or your consideration of this request.

                                    Respectfully yours,

                                    John F. Kaley

cc:   Eric Bruce, Esq.
      Telemachus Kasulis, Esq.
      Sarah McCallum, Esq.
      Michael Holland, Esq.
      (all via e-mail)