```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA         :    ORDER
         - v. -                  :
                                 :    13 Cr. 339 (RPP)
DAVID RILEY, and
MATTHEW TEEPLE,                  :

              Defendants.        :

- - - - - - - - - - - - - - - - X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/14
```

WHEREAS, with Matthew Teeple's ("the defendant") consent, his guilty plea allocution was made before a United States Magistrate Judge on May 28, 2014;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         June 13 2014

                                    _____
                                    THE HONORABLE ROBERT P. PATTERSON
                                    UNITED STATES DISTRICT JUDGE