# Exhibit A

**WSGR  Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com

October 15, 2014

<u>VIA EMAIL</u> (Eric.Bruce@kobrekim.com)

Eric B. Bruce, Esq.
Kobre Kim LLP
1919 M Street, NW
Washington, DC  20036

Re:  <u>U.S. v. Matthew Teeple, et al., 13-CR-399 (RBP/VEC)</u>

Dear Mr. Bruce:

    As you know, this Firm represents Brocade, Inc. ("Brocade") in connection with the above-captioned matter. Per our telephone conversation yesterday, this letter will confirm that Brocade is only seeking restitution from Mr. Teeple for attorney's fees and costs through May 28, 2014, the date of his guilty plea. Said fees and costs total $127,598. Brocade takes no position how the Court otherwise allocates restitution between Mr. Teeple and Mr. Riley.

    Please let me know if you have any questions.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Morris J. Fodeman

cc:  AUSA Telemachus Kasulis
     AUSA Sarah McCallum
     SAUSA Michael Holland