**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 08 2015

Southern District of New York

Caption:

United States v.

David Riley

Docket No.: 2013 CR. 339
Hon. Valerie E. Caproni
(District Court Judge)

Notice is hereby given that __David Riley__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ] _____ (specify)

entered in this action on __4-29-15__ (date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [X]   Other [ ]

Defendant found guilty by plea [ ]   trial [X]   N/A [ ]

Offense occurred after November 1, 1987?   Yes [X]   No [ ]   N/A [ ]

Date of sentence: __4-27-15__   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [X]   N/A [ ]

ON BAIL PENDING SURRENDER ON JUNE 26, 2015

Appellant is represented by counsel? Yes [X]  No [ ]   If yes, provide the following information:

Defendant's Counsel: John F. Kaley
Counsel's Address: Doar Rieck Kaley & Mack
217 Broadway, NY, NY 10007
Counsel's Phone: 212-619-3730

Assistant U.S. Attorney: Telemachus Kasulis, Esq.
AUSA's Address: One St. Andrew's Plaza
New York, NY 10007
AUSA's Phone: 212-637-2200

_John F. Kaley_ 5-8-15
Signature